# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVERE ANDRE HALL, SR.** *Plaintiff*, | : : : | **CIVIL ACTION** |
| v. | : : | |
| **PHILADELPHIA HOUSING AUTHORITY et al.,** *Defendants*. | : : : : | **No. 17-5753** |

## ORDER

**AND NOW**, this 5th day of April, 2019, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 19), Plaintiff Devere Andre Hall's Motion to Amend (Doc. No. 20), the Defendants' response thereto (Doc. No. 23), Plaintiff Devere Andre Hall's Motion to Appoint Counsel (Doc. No. 21), Plaintiff Devere Andre Hall's Motion for Summary/Default Judgment (Doc. No. 22), and the Defendants' response thereto (Doc. No. 24), it is **ORDERED** that, as outlined in the Court's April 5, 2019 memorandum opinion:

1. the Motion for Summary Judgment (Doc. No. 19) is **GRANTED**;

2. Plaintiff Devere Andre Hall's Motion to Amend (Doc. No. 20) is **DENIED**;

3. Plaintiff Devere Andre Hall's Motion to Appoint Counsel (Doc. No. 21) is **DENIED**;

4. Plaintiff Devere Andre Hall's Motion for Summary/Default Judgment (Doc. No. 22) is **DENIED**; and

5. The case is **DISMISSED**. The Clerk of Court shall mark this case closed for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE